**EXHIBIT A**



## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| STEPHANIE ANELLO, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: |
| PROMIUS PHARMA, LLC, a foreign limited liability company, | ) ATTORNEY LIEN CLAIMED |
| Defendant, | ) |

DISTRICT COURT
FILED
MAY 1 6 2014
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA; TULSA COUNTY

CJ-2014-01921

E. Mark Barcus

### PETITION

COMES NOW Plaintiff, Stephanie Anello, by and through her attorney of record David A. Warta of *Smolen, Smolen & Roytman, P.L.L.C.*, and brings this action against Defendant, Promius Pharma, LLC, for violation of her rights protected by federal law.

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff is a resident of Tulsa County, Oklahoma.

2. Defendant Promius Pharma, LLC, ("Defendant" or "Promius"), is a foreign limited liability company that regularly conducts business in the state of Oklahoma.

3. This is an action for damages and to secure protection of and to redress deprivation of rights secured by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000-2 hereinafter ("Title VII") providing for relief against discrimination in employment on the basis of gender.

4. Plaintiff filed a charge of discrimination against Defendant with the Equal Employment Opportunity Commission ("EEOC") on or about August 8, 2013, complaining to the EEOC of discrimination based on her sex. The charge was filed within three hundred (300) days of the discriminatory acts alleged. A Notice of Right to Sue was issued to Plaintiff on or about

1

February 18, 2014, and this Petition has been filed within ninety (90) days of the receipt of the Notice of the Right to Sue. As such, all conditions precedent to the filing of this lawsuit have been fulfilled.

5. The wrongful acts of Defendant which give rise to this dispute occurred in Tulsa County, Oklahoma.

6. This Court has jurisdiction and venue is proper in Tulsa County, Oklahoma.

7. Compensatory damages are sought pursuant to 42 U.S.C. § 2000e, *et seq.* and 42 U.S.C. § 1983.

8. Punitive damages are sought pursuant to 42 U.S.C. § 1983.

9. Costs and attorney's fees may be awarded pursuant to 42 U.S.C. § 2000e, *et seq.*

## STATEMENT OF FACTS

10. The preceding paragraphs are incorporated herein by reference.

11. Plaintiff began working for Defendant in December 2012.

12. At the time of the discriminatory acts, Plaintiff – a thirty-eight (38) year-old female – was employed as a Dermatology Sales Representative.

13. Throughout her employment, Plaintiff was subjected to sexual harassment by her direct supervisor, Don Sudbery.

14. Plaintiff was harassed by Sudbery with sexual innuendo during conversations, via text messages, phone discussions and emails. Plaintiff received inappropriate text messages and phone calls from Sudbery throughout the workday and late into the evening. Sudbery also used his position of power over Anello in an attempt to get Anello to submit to his solicitations for inappropriate sexual contact.

2

15. As a result of the negative treatment described above, Plaintiff suffered both mentally and physically. Plaintiff had to seek medical treatment for frequent headaches and hair thinning/loss.

16. Sudbery had participated in similar activity with at least one other female employee at Promius prior to Plaintiff's employment. Despite Defendant's knowledge of Sudbery's previous illegal activities, Defendant took no action to deter Sudbery from further harmful conduct. By essentially condoning such conduct, Defendant allowed Sudbery to prey upon Ms. Anello, thus causing her severe physical and emotional damage.

## FIRST CLAIM FOR RELIEF
### Disparate Treatment on the Basis of Gender in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e), et. seq.

17. The preceding paragraphs are incorporated herein by reference.

18. Plaintiff experienced disparate treatment compared to her male coworkers that altered the terms and conditions of her employment.

19. Defendant's actions and inactions caused Plaintiff to suffer emotional distress and physical illness.

20. Defendant committed the acts alleged with malice or reckless indifference to the protected rights of Plaintiff. Plaintiff is thus entitled to recover punitive damages in an amount to be determined according to proof.

WHEREFORE, Plaintiff prays for judgment against Defendant for:

    a. Compensatory damages for her mental anguish, pain and suffering and other non-pecuniary losses;

    b. Her attorney fees and the costs and expenses of this action;

    c. Such other relief as the Court deems just and equitable.

## SECOND CLAIM FOR RELIEF
### Failure to Ensure a Non-Hostile Work Environment Based on Gender

21. The preceding paragraphs are incorporated herein by reference.

22. As her employer, Defendant owed Plaintiff a duty to ensure a non-hostile work environment.

23. Defendant knew or should have known that Sudbery would engage in further harassment, and that Anello would be a target of that harassment.

24. Defendant failed to take any action to remedy the hostile work environment that permeated the work place.

25. The sexual harassment was so severe and pervasive that it altered the conditions of Plaintiff's employment. By continually subjecting the Plaintiff to a hostile work environment based on her gender and failing to properly ensure a non-hostile work environment, Defendant has violated Title VII of the Civil Rights Act of 1964.

26. Defendant's failure caused Plaintiff to suffer severe mental anguish, emotional distress, and physical illness.

WHEREFORE, Plaintiff prays for judgment against Defendant for:

    a. Compensatory damages for her mental anguish, pain and suffering and other non-pecuniary losses;

    b. Punitive damages;

    b. Such other relief as the Court deems just and equitable.

Respectfully submitted,

*/s/ David A. Warta*

David A. Warta, OBA #20361
SMOLEN SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119

P: (918) 585-2667
F: (918) 585-2669
*Attorney for Plaintiff*

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA



| | | |
|---|---|---|
| STEPHANIE ANNE ANELLO | ) | |
| Plaintiff, | ) | **CJ-2014-0192** |
| vs. | ) | Case No.: |
| | ) | ATTORNEY LIEN CLAIMED |
| PROMIUS PHARMACEUTICALS, LLC | ) | |
| Defendant, | ) | |

**ORIGINAL SUMMONS**

SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED

SALLY HOWE SMITH, COURT C
STATE OF OKLA, TULSA CO.

DISTRICT COURT
F I L E
SEP 17 2014

Promius Pharma, LLC
c/o The Corporation Company

To the above-named Defendant(s)

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this __16__ day of __May__, 2014

County Court Clerk

By _____
Deputy Court Clerk

(Seal)

This summons and order was served on

9/15/14 by Angela Blaylock
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE ONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
9/12/14

Sent To: ARELID-
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7012 2920 0002 3933 1688

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Promius Pharma, LLC
C/o The Corporation Co.
1833 S. Morgan Rd.
Oklahoma City, OK 73128

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Korri Behler  ☐ Agent
THE CORPORATION COMPANY  ☐ Addressee

B. Received by (Printed Name)
1833 S. Morgan Rd.
Oklahoma City

C. Date of Delivery
SEP 15 2014

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7012 2920 0002 3933 1688

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

English        Customer Service        USPS Mobile                                                                    Register / Sign I


**USPS.COM**

Search USPS.com or Track Packages

Quick Tools            Ship a Package       Send Mail       Manage Your Mail        Shop        Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: **70122920000239331688**

## Product & Tracking Information

**Postal Product:**             **Features:**
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 15, 2014, 12:48 pm | Delivered | OKLAHOMA CITY, OK 73128 |

Your item was delivered at 12:48 pm on September 15 2014 in OKLAHOMA CITY, OK 73128.

| | | |
|---|---|---|
| September 13, 2014, 3:54 am | Departed USPS Facility | OKLAHOMA CITY, OK 73107 |
| September 13, 2014, 12:27 am | Arrived at USPS Facility | OKLAHOMA CITY, OK 73107 |
| September 12, 2014, 9:00 pm | Departed USPS Facility | TULSA, OK 74141 |
| September 12, 2014, 8:39 pm | Arrived at USPS Facility | TULSA, OK 74141 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

## Track Another Package

**Tracking (or receipt) number**

[                                                    ]       Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

USPS.COM   |   Copyright © 2014 USPS. All Rights Reserved.

# OSCN
## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

Home  Courts  Court Dockets  Legal Research  Calendar  Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| STEPHANIE ANELLO, <br>      Plaintiff, <br> v. <br> PROMIUS PHARMA LLC, <br>      Defendant. | No. CJ-2014-1925 <br> (Civil relief more than $10,000: DISCRIMINATION) <br><br> Filed: 05/16/2014 <br><br> Judge: Barcus, Mark |

## Parties

ANELLO, STEPHANIE , Plaintiff
PROMIUS PHARMA LLC , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| WARTA, DAVID A(Bar # 20361) <br> 701 S CINCINNATI AVE <br> TULSA, OK 74119 | ANELLO, STEPHANIE |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| Issue # 1. | | Issue: DISCRIMINATION (DISCRIM) <br> Filed by: ANELLO, STEPHANIE <br> Filed Date: 05/16/2014 |
|---|---|---|
| | **Party Name:** | **Disposition Information:** |
| | **Defendant:** PROMIUS PHARMA LLC | Pending. |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 05-16-2014 | TEXT | 1 | | 89767431 | May 16 2014 3:26:46:060PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 05-16-2014 | DISCRIM <br> DISCRIMINATION | - | | 89767433 | May 16 2014 3:26:46:150PM | Realized | $ 0.00 |

| Date | Code | | Receipt # | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 05-16-2014 | DMFE | - | 89767434 | May 16 2014 3:26:46:170PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | |
| 05-16-2014 | PFE1 | - | 89767435 | Sep 30 2014 10:44:31:250AM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | |
| | [Document Available (#1026994660)](#) | | | | | |
| 05-16-2014 | PFE7 | - | 89767436 | May 16 2014 3:26:46:170PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 05-16-2014 | OCISR | - | 89767437 | May 16 2014 3:26:46:170PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 05-16-2014 | CCADMIN02 | - | 89767438 | May 16 2014 3:26:46:170PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | |
| 05-16-2014 | OCJC | - | 89767439 | May 16 2014 3:26:46:170PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | |
| 05-16-2014 | OCASA | - | 89767440 | May 16 2014 3:26:46:170PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | |
| 05-16-2014 | CCADMIN04 | - | 89767441 | May 16 2014 3:26:46:170PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | |
| 05-16-2014 | LTF | - | 89767442 | May 16 2014 3:26:46:280PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 05-16-2014 | SMF | - | 89767443 | May 16 2014 3:26:46:330PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 05-16-2014 | SMIMA | - | 89767444 | May 16 2014 3:26:46:370PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | |
| 05-16-2014 | TEXT | - | 89767432 | May 16 2014 3:26:46:100PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BARCUS, MARK TO THIS CASE. | | | | | |
| 05-16-2014 | ACCOUNT | - | 89767700 | May 16 2014 3:31:10:890PM | - | $ 0.00 |
| | RECEIPT # 2014-2851909 ON 05/16/2014. | | | | | |

PAYOR:SMOLEN SMOLEN TOTAL AMOUNT PAID: $218.70.
LINE ITEMS:
CJ-2014-1925: $168.00 ON AC01 CLERK FEES.
CJ-2014-1925: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2014-1925: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2014-1925: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2014-1925: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2014-1925: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2014-1925: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2014-1925: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 09-17-2014 | S | - | PROMIUS PHARMA LLC | 91357728 | Sep 18 2014 12:47:54:270PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. FOR PROMIUS PHARMAN LLC / BY CERT MAIL, SIGNED BY KORRI BEHLER, ON 9-15-14

Document Available (#1027194156)

Report Generated by The Oklahoma Court Information System at October 2, 2014 14:46 PM

End of Transmission.