IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHANIE ANELLO )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROMIUS PHARMA, LLC, )<br>)<br>Defendant. ) | CASE NO. 14-CV-00587-CVE-FHM |

### JOINT STIUPLATION OF DISMISSAL

COMES NOW Plaintiff, Stephanie Anello, and Defendant, Promius Pharma, LLC, and stipulate to the dismissal of the above-styled and numbered case, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 16th day of April, 2015.

Respectfully Submitted,

s/ David A. Warta
David A. Warta, OBA #20361
**SMOLEN, SMOLEN & ROYTMAN PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
Email: davidwarta@ssrok.com
**ATTORNEY FOR PLAINTIFF**


Respectfully submitted,

s/Evan M. Rosen*
Evan M. Rosen
Georgia Bar No. 649716
*(Admitted Pro Hac Vice)*
**JACKSON LEWIS P.C.**

1155 Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: evan.rosen@jacksonlewis.com
* signed by filing attorney with permission of opposing counsel

and

Kathy R. Neal, OBA #674
**MCAFEE & TAFT**
1717 S. Boulder
Suite 900
Tulsa, Oklahoma 74119
Telephone: (918) 574-3020
Facsimile: (918) 574-3120
Email: kathy.neal@mcafeetaft.com
**ATTORNEYS FOR DEFENDANTS**